No. 539. GAGLIONE *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William H. Lewis* and *Matthew L. McGrath* for petitioner. *Assistant Attorney General Luhring* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 541. BALTIMORE & OHIO R. Co. *v.* CONTRELLA ET AL. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William H. Eckert* and *Allen T. C. Gordon* for petitioner. *Mr. H. Fred Mercer* for respondents.

No. 542. BALTIMORE & OHIO R. Co. *v.* PERUCCA ET AL. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William H. Eckert* and *Allen T. C. Gordon* for petitioner. *Mr. H. Fred Mercer* for respondents.

No. 549. MOTLOW ET AL. *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Charles A. Houts* and *P. H. Cullen* for petitioners. *Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 550. BEVINGTON *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court